1  **Becky V. Christensen, Esq. (SBN 147013)**
2  22631 Pacific Coast Hwy, #819
   Malibu, California  90265
3  Email: bchristensen@courtbizsolution.com
   Tel:  (310) 487-0765
4  Fax: (310) 494-9452

5  Attorneys for Plaintiffs
6  **CARLINI ENTERPRISES, INC. dba CARLINI DESIGNS,  and ANTHONY J. CARLINI**

10                    UNITED STATES DISTRICT COURT

11              FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                         SOUTHERN DIVISION

| | |
|---|---|
| **CARLINI ENTERPRISES, INC. dba CARLINI DESIGNS,  California corporation,  and ANTHONY J. CARLINI, an individual,**<br><br>Plaintiffs,<br><br>v.<br><br>**PAUL YAFFE DESIGN, INC., an Arizona corporation, and PAUL YAFFE, an individual,**<br><br>Defendants. | **CASE NO.:**   8:13-CV-01671<br><br>**COMPLAINT FOR DESIGN PATENT INFRINGEMENT**<br><br>**[DEMAND FOR JURY TRIAL]** |

# COMPLAINT

Plaintiffs CARLINI ENTERPRISES, INC. dba CARLINI DESIGNS and ANTHONY J. CARLINI complain and allege against Defendants PAUL YAFFE DESIGNS, INC., and PAUL YAFFE:

## JURISDICTION AND VENUE

1. The Court has federal question jurisdiction pursuant to the patent laws of the United States of America, Title 35 of the United States Code.

2. Venue is proper in this District pursuant to 28 U.S.C.A. §§ 1391 (b) and (c) and 1400 (a). On information and belief, Defendants PAUL YAFFE DESIGNS, INC., and PAUL YAFFE (hereinafter collectively referred to as "YAFFE" unless otherwise stated) sell the products at issue in this District, have caused damage in this District, and on information and belief, have entered into contracts such that the claims asserted in this Complaint arose in this District. Defendants, on information and belief, are also doing extensive business in this judicial district including continuous and extensive sales to retailers, consumers and others such that Defendants have substantial, systematic and continuous contacts with California, including this District.

## THE PARTIES

3. Plaintiff CARLINI ENTERPRISES, INC. dba CARLINI DESIGN is a designer, manufacturer, distributor and retailer of aftermarket motorcycle parts, including specifically, but not limited to, motorcycle handlebars for Harley Davidson motorcycles. CARLINI DESIGN maintains if principal offices in Orange County, California.

4. Plaintiff ANTHONY J. CARLINI is an individual who resides in Orange County, California and is the President of Plaintiff CARLINI DESIGN. Plaintiffs CARLINI DESIGN and ANTHONY J. CARLINI are hereinafter collectively referred to as "CARLINI" except where otherwise stated.

5. Upon information and belief, Defendant PAUL YAFFE DESIGNS, INC. is an Arizona corporation with its principal offices in Phoenix, Maricopa County, Arizona. Defendant PAUL YAFFE DESIGNS, INC. is believed to be a retailer and manufacturer of aftermarket motorcycle parts for Harley Davidson motorcycles, among others, including specifically, motorcycle handlebars.

6. Upon information and belief, Defendant PAUL YAFFE is an individual residing in the State of Arizona. Defendant YAFFE, upon information and belief, is the President/CEO and a Director of Defendant PAUL YAFFE DESIGNS, INC. Defendant PAUL YAFFE directly and intentionally directed, participated in, had knowledge of, and ratified the intentional conduct complained of herein such that he bears personal liability

**FIRST CAUSE OF ACTION**
**PATENT INFRINGEMENT**

**A.    CARLINI**

8. Plaintiff CARLINI is a family owned and operated business founded in 1969. CARLINI is an innovator in the motorcycle aftermarket products business for Harley Davidson motorcycles, "choppers," and custom built motorcycles of all makes. In the 1960's, the motorcycle aftermarket parts business served the passionate hobbyist working in his or her home garage tinkering with their own bikes. The market has since blossomed into a multimillion dollar industry serving the Harley/Chopper aftermarket, which includes people from every walk of life. CARLINI is a power house in the design of innovative motorcycle parts. In 2002, the company incorporated as CARLINI ENTERPRISES INC.

**B.    '343 DESIGN PATENT**

9. On or about December 21, 2010, the United States Patent and Trademark Office issued United States Design Patent No. US D629, 343 S (hereinafter the "'343 Patent") for the ornamental design for motorcycle

1  handlebars invented by Plaintiff Anthony J. Carlini.  A copy of the '343 Patent is
2  attached as Exhibit A.
3      10.   Plaintiff Anthony J. Carlini is the owner of all right, title and interest
4  in and to the '343 Patent and has granted an exclusive worldwide license to
5  Plaintiff  Carlini Enterprises, Inc. to advertise, manufacture, offer for sale and sell
6  the '343 Patent under the trademark "Evil Apes."
7      11.   CARLINI has in fact produced and sold Evil Ape handlebars depicted
8  as:



CARLINI EVIL APE HANDLEBARS

C.   **INFRINGEMENT OF THE '343 PATENT**

12.   CARLINI notified Defendants that it had exclusive intellectual property rights in the '343 Design as early as April, 2013. Defendants did not respond.

13. On information and belief, Defendants, including specifically Defendant Paul Yaffe personally, deliberately and willfully ignored such notice and have persisted in selling and offering for sale motorcycle handlebars substantially identical to the ornamental design of the '343 Patent. One example of the infringing YAFFE motorcycle handlebars being sold are shown below on the left hand side of this photo. CARLINI'S handlebars are shown on the right hand side of this photo:



14. Plaintiffs have been damaged by Defendants' infringing activities and will be irreparably harmed by damage to their reputation and the exclusivity of their unique product designs, specifically including the design of the '343 Patent, unless such infringing activities are enjoined by this Court.

15. Plaintiffs have been damaged by Defendants' intentional and deliberate infringements in that CARLINI has lost sales and/or lost royalties in an

amount to be proven at trial, but in any event no less than $100,000.00.

## SECOND CAUSE OF ACTION

## INFRINGEMENT OF DESIGN PATENT NO. D 604,212

Plaintiffs reallege Paragraphs 1 to 15 and incorporate them herein as if set forth fully.

**A. DESIGN PATENT U.S. PATENT NO. D 604,212**

16. On or about November 17, 2009, the United States Patent and Trademark Office issued United States Design Patent No. US 604,212 S (hereinafter the "'212 Patent") for the ornamental design for motorcycle handlebars invented by Plaintiff Anthony J. Carlini. A copy of the '212 Patent is attached as Exhibit B.

17. Plaintiff Anthony J. Carlini is the owner of all right, title and interest in and to the '212 Patent and has granted an exclusive worldwide license to Plaintiff Carlini Enterprises, Inc. to advertise, manufacture, offer for sale and sell the '212 Patent under the trademark "Gangster Apes."

18. CARLINI has in fact produced and sold products with the '212 Patent Design using the trademark "Gangster Apes" as depicted below:



CARLINI DESIGNS GANGSTER APES
U.S. PATENT NO. D 604,212 S

**B.   INFRINGEMENT OF THE '212 PATENT**

19.   CARLINI notified Defendants that it had exclusive intellectual property rights in the '212 Design Patent as early as April, 2013. Defendants did not respond.

20.   On information and belief, Defendants, including specifically Defendant Paul Yaffe personally, deliberately and willfully ignored such notice and have persisted in selling and offering for sale motorcycle handlebars substantially identical to the ornamental design of the '212 Patent. One example of the infringing YAFFE motorcycle handlebars being sold are shown below:



21.   Plaintiffs have been damaged by Defendants' infringing activities and will be irreparably harmed by damage to CARLINI'S reputation and the exclusivity of its unique product designs, specifically including the design of the '212 Patent, unless such infringing activities are enjoined by this Court.

22.   Plaintiffs have been damaged by Defendants' intentional and deliberate infringements in that CARLINI has lost sales and/or lost royalties in an amount to be proven at trial, but in any event no less than $100,000.00.

COMPLAINT FOR DESIGN PATENT INFRINGEMENT

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs CARLINI ENTERPRISES, INC. dba Carlini Designs and ANTHONY J. CARLINI pray for judgment against Defendants PAUL YAFFE DESIGNS, INC. and PAUL YAFFE, jointly and severally, as follows:

1. For a declaratory judgment that Defendants infringed CARLINI'S '343Patent and '212 Patent;

2. For judgment against Defendants for all actual damages suffered by Plaintiff as provided by law or reasonable royalties, which upon information and belief, will total no less than Two Hundred Thousand Dollars ($200,000.);

3. For treble damages pursuant to 35 U.S.C. § 284;

4. For preliminary and permanent injunctive relief against Defendants, their agents, owners, officers, representatives, employees and those acting in concert with them, to prevent and restrain Defendants from:

    A. Continuing and/or pursuing the acts described and complained of in this action; and

    B. Continuing to offer for sale, make or sell the infringing products and services;

5. For preliminary and permanent injunctive relief against Defendants, their agents, owners, officers, representatives, employees and those acting in concert with them, to account for and to destroy all products infringing the CARLINI '343 or '212 Patents;

6. Plaintiff further requests that the Court direct Defendants to file a report detailing all measures taken to comply with the injunction within thirty days of the Court's injunction;

7. For the full costs of this action, including attorneys' fees as allowed by Title 35 of the United States Code;

8. For all such other relief as the Court deems just and proper.

Dated: October 24, 2013          Respectfully submitted,

*/s/ Becky V. Christensen/*
Becky V. Christensen, Esq.

Attorneys for Plaintiffs
**PLAINTIFFS CARLINI ENTERPRISES, INC. and ANTHONY J. CARLINI**

# DEMAND FOR JURY TRIAL

Plaintiffs CARLINI ENTERPRISES INC. dba Carlini Designs and ANTHONY J. CARLINI hereby demand a trial by jury of all issues triable to a jury.

Dated:  October 24, 2013                    Respectfully submitted,

                                                             Becky V. Christensen, Esq.

                                                             Attorneys for Plaintiffs
                                                             **CARLINI ENTERPRISES, INC. and ANTHONY J. CARLINI**