O

# United States District Court
# Central District of California

| | |
|---|---|
| CARLINI ENTERPRISES, INC. dba CARLINI DESIGNS, , and ANTHONY J. CARLINI, an individual,, <br><br> Plaintiff, <br><br> v. <br><br> PAUL YAFF DESIGN, INC., and PAUL YAFFE, an individual, <br><br> Defendant. | Case No. 8:13-cv-01671-ODW(RNBx) <br><br> **AMENDED ORDER DENYING PRO HAC VICE APPLICATION [21]** |

Under Local Rule 83-2.1.3.3, an attorney seeking permission to appear pro hac vice must submit, in addition to other documents, a certificate of good standing "from each state bar in which the applicant is a member, issued within thirty (30) days prior to the filing of the Application." T. Earl LeVere's Pro Hac Vice Application indicates that he is a member of the State Bars of North Carolina, Ohio, and Illinois. (ECF No. 21.) LeVere included a certificate of good standing from North Carolina and

/ / /

Ohio, but failed to include a certificate of good standing from Illinois. Thus, his Application must be **DENIED**.

**IT IS SO ORDERED.**

February 26, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**