O

# United States District Court
# Central District of California

| | |
|---|---|
| CARLINI ENTERPRISES, INC. dba CARLINI DESIGNS, , and ANTHONY J. CARLINI, an individual,,<br><br>Plaintiff,<br><br>v.<br><br>PAUL YAFFE DESIGN, INC., and PAUL YAFFE, an individual,<br><br>Defendant. | Case No. 8:13-cv-01671-ODW(RNBx)<br><br>**AMENDED ORDER GRANTING PRO HAC VICE APPLICATION [21]** |

On February 24, 2014, T. Earl LeVere filed an Application to Appear Pro Hac Vice. (ECF No. 21.) On February 26, 2014, The Court issued an amended order denying the application in error. (ECF No. 23.) The Court has reviewed the proof of payment and accompanying documentation, and hereby **GRANTS** LeVere's Application.

**IT IS SO ORDERED.**

February 27, 2014

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**