**Becky V. Christensen (SBN 147013)**
22631 Pacific Coast Hwy, #819
Malibu, California 90265
bchristensen@courtbizsolution.com
Tel: (310) 487-0756
Fax: (310) 494-9452

Attorney for Plaintiffs
CARLINI ENTERPRISES, INC. and
ANTHONY J. CARLINI

**T. Earl LeVere** *(pro hac vice)*
**Roger A. Gilcrest** *(SBN 124075)*
ICE MILLER LLP
250 West Street, Suite 700
Columbus, OH 43215
Earl.LeVere@icemiller.com
Roger.Gilcrest@icemiller.com
Tel: (614) 462-1095
Fax: (614) 228-4847

Attorneys for Defendants
PAUL YAFFE DESIGN, INC., and PAUL YAFFE

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CARLINI ENTERPRISES, INC., et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**PAUL YAFFE DESIGN, INC., et al.,**<br><br>Defendants. | **CASE SACV 13-01671-ODW (RNBx)**<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL**<br><br>Judge: Hon. Judge Otis D. Wright, II |

Pursuant to the Stipulation of the parties, and good cause appearing, **IT IS SO ORDERED** that:

1

[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL
Case No. SACV 13-01671 ODW (RNBx)

The "Second Cause of Action – Infringement of Design Patent No. D604,212" asserted in the Complaint is dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Defendants' Second Counterclaim - Declaratory Judgment of Non-Infringement of U.S. Design Patent No. D604,212, (the "212 Patent"); Fourth Counterclaim – Declaratory Judgment of Invalidity of the '212 Patent; Sixth Counterclaim-Declaration of Unenforceability of the '212 Patent; and Seventh Counterclaim – False Marking under [35 U.S.C. § 292] re the '212 Patent, are dismissed as moot.

Dated: _December 15, 2014

_____
Honorable Otis D. Wright, II
United States District Judge