CASE CLOSED

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CARLINI ENTERPRISES, INC., et al.,** <br><br> **Plaintiffs,** <br><br> **v.** <br><br> **PAUL YAFFE DESIGN, INC., et al.,** <br><br> **Defendants.** | **CASE NO.: SACV 13-01671 ODW (RNBx)** <br><br> **JUDGMENT ENTRY** <br><br> Judge:  Hon. Judge Otis D. Wright, II |

Pursuant to this Court's "Order Granting Defendants' Motion to Confirm Arbitration Award and Denying Plaintiffs' Motion to Vacate Arbitration Award [99, 108]" [ECF No. 122] and the Award of Arbitrator issued in connection with this action on January 15, 2016 [ECF No. 99-1], including, but not limited to, page 18 thereof, the Court hereby directs the Clerk to enter judgment against Plaintiffs Carlini Enterprise and Anthony J. Carlini, and in favor of Defendants Paul Yaffe Design, Inc. and Paul Yaffe, jointly and severally, in the amount of $474,000.00. Furthermore, said amount shall bear interest in the amount of 5% per annum from the date of the Award of Arbitrator (i.e., January 15, 2016) until paid in full.

/ / /

The Court concludes that this Judgment Entry is final and appealable.  There is no just cause for delay.


**IT IS SO ORDERED.**

August 22, 2016

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**